T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.:    2:18-cr-00286-RCJ-PAL |
|---|---|
| Plaintiff, | **ORDER GRANTING**<br>**UNOPPOSED MOTION FOR AN ORDER**<br>**FOR PRE-PLEA CRIMINAL HISTORY**<br>**CALCULATION REPORT** |
| vs. | |
| JEREMY SOFFE, | |
| Defendant. | |

**COMES NOW**, Defendant JEREMY SOFFE, by and through his attorney of record, T. LOUIS PALAZZO, ESQ., of PALAZZO LAW FIRM, and hereby moves this Honorable Court for an order granting the foregoing motion for a pre-plea criminal history calculation report.

Said motion is made and based in anticipation of a Plea Agreement being reached between the parties, and it is necessary that a Pre-Plea Criminal History Calculation Report be prepared by the U.S. Probation Office.

It is agreed between the parties, that Robert Knief, Assistant United States Attorney, counsel for the United States of America, does not oppose Defendant's request.

DATED this 20th day June, 2019.

/s/ T. Louis Palazzo
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

*Attorney for Defendant*

# ORDER

This matter coming before this court on Defendant Jeremy Soffe's Unopposed Motion For Pre-Plea Criminal History Calculation Report and no opposition having been filed by the Plaintiff, United States Of America, therefor,

**IT IS HEREBY ORDERED**, the U.S. Probation Office shall prepare and provide the parties a preliminary Criminal History Calculation concerning Defendant, Jeremy Soffe.

IT IS FURTHER ORDERED that the preliminary Criminal History Calculation is NOT binding on the Court, and subject to further objections and ruling by the Court at the Sentencing Hearing.

Dated: This 5th day of July, 2019.

_____
ROBERT C. JONES

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 20th day of June, 2019, I served an electronic copy of the above Unopposed Motion For Pre-Plea Criminal History Calculation Report to all parties of record, *via* CM/ECF.

                                      /s/ Miriam V. Roberts
                                      An Employee of Palazzo Law Firm, PC