UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY MICHAEL SOFFE,<br><br>    Defendant. | Case No. 2:18-cr-00286-GMN-BNW-1<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, December 17, 2025 at 11:00 a.m., be vacated and continued to February 2, 2026 at the hour of 11:00 a.m.

DATED this 11 day of December 2025.

_____
UNITED STATES DISTRICT JUDGE