**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY MICHAEL SOFFE,<br><br>　　　　Defendant. | Case No. 2:18-cr-00286-GMN-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 2, 2026 at 11:00 a.m., be vacated and continued to  May 11, 2026  at the hour of 9:00 a,m,

　　DATED this _12_ day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE