T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street
Las Vegas, Nevada 89101
Tele: (702) 385-3850
Fax: (702) 385-3855
louis@palazzolawfirm.com
***Attorney for Jeremy Soffe***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY MICHAEL SOFFE,<br><br>Defendant. | Case No.:  2:18-cr-00286-GMN-BNW-1<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant Jeremy Michael Soffe, hereby substitutes T. Louis Palazzo, Esq. of Palazzo Law Firm, 520 S. Fourth Street, 2nd Floor, Las Vegas, Nevada 89101, Telephone (702) 385-3850, Facsimile (702) 285-3855, louis@palazzolawfirm.com and office@palazzolawfirm.com, as attorney of record in the place and stead of Heidi A. Ojeda, Esq. of the Federal Public Defender's Office.

DATED:  January 12, 2026.            */s/ T. Louis Palazzo, Esq.*
                                    *Signed at the direction of Jeremy M. Soffe*
                                     Jeremy Michael Soffe

I consent to the above substitution.

DATED:  January 12, 2026.            */s/ Heidi A. Ojeda*
                                     Heidi A. Ojeda, Esq.
                                     Assistant Federal Public Defender

Page 1 of 2

PALAZZO LAW FIRM
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 385-3850

PALAZZO LAW FIRM
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 385-3850

I have been retained by Defendant Jeremy Soffe and accept the above substitution. I am duly admitted to practice in this District.

DATED:  January 12, 2026.                    *T. Louis Palazzo*_____
                                             T. Louis Palazzo, Esq.
                                             Palazzo Law Firm

**IT IS SO ORDERED.**

DATED:  January 16, 2026.


_____
United States Magistrate Judge