T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street
Las Vegas, Nevada 89101
Tele: (702) 385-3850
Fax: (702) 385-3855
louis@palazzolawfirm.com
***Attorney for Jeremy Soffe***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEREMY MICHAEL SOFFE,<br><br>        Defendant. | Case No.: 2:18-cr-00286-GMN-BNW-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Tina Snellings , Assistant United States Attorney, Counsel for the United States of America, and T. Louis Palazzo, Esq. of the Palazzo Law Firm, P.C., counsel for Jeremy Soffe, that the Revocation hearing currently scheduled for May 11, 2026 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The Defendant's counsel is expecting additional discovery to be produced by AUSA, Ms. Snellings, on behalf of the government, which will need to be reviewed.

2.      The parties are engaged in negotiations in an effort to reach a potential resolution to the instant revocation petition.

Page 1 of 2

3. The Defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 28th day of April 2026.

PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION

TODD BLANCHE
Acting Attorney General of the United States

By */s/ T. Louis Palazzo*
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
*Attorney for Defendant*

By  */s/ Tina Snellings*
TINA SNELLINGS, ESQ.
*Assistant United States Attorney*

**PALAZZO LAW FIRM**
**520 South Fourth Street, Second Floor**
**Las Vegas, Nevada 89101**
**(702) 385-3850**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEREMY MICHAEL SOFFE,

        Defendant.

Case No.: 2:18-cr-00286-GMN-BNW-1

**ORDER**

    Based on Stipulation of counsel, and good cause appearing,

IT IS SO ORDERED that the revocation hearing currently scheduled for May 11, 2026 at 9:00 a.m, be vacated and continued to __July 14, 2026_____ at the hour of 10:00 a.m.

    DATED this __28 day of ___April_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

1